Form clsnodsc − ntcclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 12−27036−JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    William M Carlsen III
    2215 5th Street
    Atco, NJ 08004

Social Security No.:
    xxx−xx−2627

Employer's Tax I.D. No.:

**NOTICE OF DEFICIENCY CONCERNING DISCHARGE**

    You are hereby notified that the above−named case will be closed without entry of discharge on or after February 13, 2018 for the reason(s) indicated below.

- [x] Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- [ ] Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- [x] Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: January 11, 2018
JAN: def

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:
William M Carlsen, III
    Debtor

Case No. 12-27036-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin                  Page 1 of 1                  Date Rcvd: Jan 11, 2018
                            Form ID: clsnodsc            Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2018.
db             +William M Carlsen, III,    2215 5th Street,    Atco, NJ 08004-1715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2018 23:19:06      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2018 23:19:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2018 at the address(es) listed below:
          Charles H. Jeanfreau    on behalf of Creditor   BSI Finanical Services Charlesj@w-legal.com,
           BNCmail@w-legal.com
          Charles H. Jeanfreau    on behalf of Creditor   Ventures Trust 2013-I-H-R by MCM Capital Partners,
           LLC, its Trustee Charlesj@w-legal.com,    BNCmail@w-legal.com
          Elizabeth L. Wassall    on behalf of Creditor   Ventures Trust 2013-I-H-R vbarber@udren.com,
           ewassall@udren.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Justin  Plean    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Hilldale Trust bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Kevin M. Buttery    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Hilldale Trust kevinbuttery@gmail.com
          Kimberly A. Wilson    on behalf of Debtor William M Carlsen, III wilson.schroedinger@comcast.net
          Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Hilldale Trust rsolarz@kmllawgroup.com
          Veroneque Annette Theresa Blake    on behalf of Creditor   BSI Finanical Services vblake@udren.com,
           vbarber@udren.com
          William M. E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                              TOTAL: 13